AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FACILITIES PRO-SWEEP, INC.<br><br>*Plaintiff(s)*<br>v.<br>FACILITY PRO, INC.<br><br>*Defendant(s)* | Civil Action No. 0:17-cv-60675 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FACILITY PRO, INC.
c/o Jonathan Katz, Registered Agent
1300 East Hillsboro Blvd.
Suite 200
Deerfield Beach, FL 33441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Bradley, Esq.
Bradley Legal Group, P.A.
15 N.E. 13th Avenue
Fort Lauderdale, Florida 33301
Tel: (954) 523-6160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: 04/06/2017

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts